# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MADALYN M. SOULLIERE,

       Plaintiff,

-vs-

JULIE TROMBLEY,

       Defendant.
_____/

CASE NO. 06-CV-14766

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

STEVEN D. PEPE
UNITED STATES MAGISTRATE JUDGE

## ORDER
### (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT'S MOTION TO DISMISS

Before the Court is the Magistrate Judge's April 24, 2007 Report and Recommendation granting Defendant's Motion to Dismiss. (Doc. No. 8). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ACCEPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 8); and

(2)     **GRANTS** Defendant's Motion to Dismiss (Doc. No. 3).

**SO ORDERED.**

                         s/Paul D. Borman
                         PAUL D. BORMAN
                         UNITED STATES DISTRICT JUDGE

Dated: June 11, 2007

---

\*     The Court REJECTS the R&R's final paragraph on page 7 discussing the Magistrate Judge's view of the wisdom of the passage of the Prison Litigation Reform Act.

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 11, 2007.

                                          s/Denise Goodine
                                          Case Manager

---

\*     The Court REJECTS the R&R's final paragraph on page 7 discussing the Magistrate Judge's view of the wisdom of the passage of the Prison Litigation Reform Act.